```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| K. TERRELL HUTCHINS | : | CIVIL ACTION |
| | : | |
| V. | : | |
| | : | |
| MOUNTAIN RUN SOLUTIONS, LLC et al. | : | NO. 20-5853 |

## ORDER

AND NOW, this 17th day of November 2021, for the reasons set forth in the foregoing memorandum, it is hereby ORDERED that the motion of plaintiff K. Terrell Hutchins for default judgment against defendant Mountain Run Solutions, LLC (Doc. #16) is GRANTED.

BY THE COURT:

/s/ Harvey Bartle III
_____
                                              J.