IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| K. TERRELL HUTCHINS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MOUNTAIN RUN SOLUTIONS, LLC | : | NO. 20-5853 |

## ORDER

AND NOW, this 30th day of May 2023, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that the motion of defendant Mountain Run Solutions, LLC to set aside default judgment and default (Doc. #29) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
                    J.